LAWRENCE A. HOBEL (State Bar No. 73364)
COVINGTON & BURLING LLP
One Front Street, 35th Floor
San Francisco, California 94111
Telephone:   (415) 591-6000
Facsimile:    (415) 591-6091
E-mail: lhobel@cov.com

Attorneys for Third-Party Defendant
THE HERRICK CORPORATION

RONALD D. KENT (State Bar No. 100717)
SONNENSCHEIN NATH & ROSENTHAL LLP
601 South Figueroa Street
Suite 2500
Los Angeles, CA  90017-5704
Tel:    (213) 623-9300
Fax:   (213) 623-9924
E-mail: rkent@sonnenschein.com

Attorneys for Defendant and Third-Party Plaintiff
TRAVELERS INDEMNITY COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MT. McKINLEY INSURANCE COMPANY, formerly known as Gibraltar Casualty Company, a corporation, and EVEREST REINSURANCE COMPANY, formerly known as Prudential Reinsurance Company, a corporation,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>SWISS REINSURANCE AMERICA CORPORATION, a corporation, as successor in interest to policies issued by The Manhattan Fire & Marine Insurance Company; and THE TRAVELERS INDEMNITY COMPANY, a corporation,<br><br>　　　　　　　Defendants | Civil Case No.: C09-03857 MEJ<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO THIRD-PARTY COMPLAINT** |

| | |
|---|---|
| 1 | TRAVELERS INDEMNITY COMPANY, a corporation, |
| 2 | |
| 3 | Third-Party Plaintiff, |
| 4 | v. |
| 5 | THE HERRICK CORPORATION, a corporation, |
| 6 | Third-Party Defendant. |

7

8   WHEREAS, Third-Party Plaintiff, Travelers Indemnity Company ("Travelers"),
9 filed its Third-Party Complaint for Contractual Indemnity, Equitable Indemnity and Declaratory
10 Relief ("Third-Party Complaint") on September 24, 2009, in the United States District Court for
11 the Northern District of California;

12   WHEREAS, Travelers served the Summons on a Third-Party Complaint upon
13 Third-Party Defendant, The Herrick Corporation ("Herrick"), on September 29, 2009;

14   WHEREAS, Herrick's deadline to answer or otherwise respond to the Third-
15 Party Complaint was October 19, 2009;

16   WHEREAS, the parties hereto, through their respective attorneys of record,
17 stipulated that Herrick's deadline to answer or otherwise respond to the Third-Party Complaint
18 was extended up to and including November 18, 2009;

19   WHEREAS, the parties hereto, through their respective attorneys of record, have
20 been in discussions respecting approaches that may eliminate Herrick as a third-party defendant
21 in the above-captioned Third-Party Complaint;

22   WHEREAS, the discussions are continuing and additional time is required for
23 Herrick to evaluate the Third-Party Complaint and appropriately respond;

24   WHEREAS, the parties hereby stipulate that Herrick will have an additional
25 thirty (30) days up to and including December 18, 2009, to answer or otherwise respond to the
26 Third-Party Complaint; and

27   WHEREAS, the parties respectfully request that the Court enter an Order in
28 accordance herewith.

Civil Case No.: C09-03857 MEJ             1
STIPULATION AND [PROPOSED] ORDER TO EXTEND
TIME TO RESPOND TO THIRD-PARTY COMPLAINT

THEREFORE:

IT IS HEREBY STIPULATED by and between the parties, through their respective attorneys of record, that Herrick shall have up to and including December 18, 2009, to answer or otherwise respond to the Third-Party Complaint.

DATED: November 13, 2009          COVINGTON & BURLING LLP


By:      /s/ Lawrence A. Hobel
             Lawrence A. Hobel
Attorney for Third-Party Defendant
THE HERRICK CORPORATION


DATED: November 13, 2009          SONNENSCHEIN NATH & ROSENTHAL LLP


By:      /s/ Ronald D. Kent
             Ronald D. Kent
Attorneys for Defendant and Third-Party Plaintiff
TRAVELERS INDEMNITY COMPANY


**GOOD CAUSE APPEARING, IT IS SO ORDERED.**

DATED: November 16, 2009

_____
MARIA-ELENA JAMES
UNITED STATES MAGISTRATE JUDGE