UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MT. McKINLEY INSURANCE
COMPANY, et al.,

              Plaintiff(s),

      v.

SWISS REINSURANCE AMERICA
CORPORATION, et al.,

              Defendant(s).
_____/

CASE NO. C09-03857-~~MEJ~~ CW

STIPULATION AND ~~[PROPOSED]~~
ORDER SELECTING ADR PROCESS

      Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

    **Court Processes:**
        Non-binding Arbitration (ADR L.R. 4)
  ✔    Early Neutral Evaluation (ENE)   (ADR L.R. 5)
        Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

    **Private Process:**
        Private ADR (*please identify process and provider*) _____

The parties agree to hold the ADR session by:
        the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

  ✔    other requested deadline  120 days from date of order referring the case to an ADR process

Dated: 11/12/2009

Dated: 11/12/2009

Dated: 11/12/2009

/s/ Steven P. Rice
Attorney for Plaintiff
Mt. McKinley Ins. Co. and Everest Reins. Co.

/s/ Robin Denise Craig
Attorney for Defendant
Swiss Reinsurance America Corp.

/s/ Ronald David Kent
Attorney for Defendant
The Travelers Indemnity Co.

When filing this document in ECF, please be sure to use the appropriate ADR Docket Event, e.g., "Stipulation and Proposed Order Selecting Early Neutral Evaluation."

~~[PROPOSED]~~ ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
      Non-binding Arbitration
  X Early Neutral Evaluation (ENE)
      Mediation
      Private ADR

Deadline for ADR session
      90 days from the date of this order.
  X other    120 days

IT IS SO ORDERED.

Dated: 12/22/09

~~MARIA-ELENA JAMES~~   CLAUDIA WILKEN
UNITED STATES ~~MAGISTRATE~~ JUDGE
                 DISTRICT

DECLARATION OF STEVEN P. RICE

I, Steven P. Rice, lead counsel of record for Plaintiffs Mt. McKinley Insurance Company and Everest Reinsurance Company, attest that concurrence in the filing of this document has been obtained from each of the other signatories.

I declare under penalty of perjury that the foregoing is true and correct.

Executed November 12, 2009, at Irvine, California.

             */s/ Steven P. Rice*
             Steven P. Rice

IR4294835.1