LAWRENCE A. HOBEL (State Bar No. 73364)
COVINGTON & BURLING LLP
One Front Street, 35th Floor
San Francisco, California 94111
Telephone:    (415) 591-6000
Facsimile:    (415) 591-6091
E-mail:  lhobel@cov.com

Attorneys for Third-Party Defendant
THE HERRICK CORPORATION

RONALD D. KENT (State Bar No. 100717)
SONNENSCHEIN NATH & ROSENTHAL LLP
601 South Figueroa Street
Suite 2500
Los Angeles, CA  90017-5704
Tel:    (213) 623-9300
Fax:    (213) 623-9924
E-mail:  rkent@sonnenschein.com

Attorneys for Defendant and Third-Party Plaintiff
TRAVELERS INDEMNITY COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MT. McKINLEY INSURANCE COMPANY, formerly known as Gibraltar Casualty Company, a corporation, and EVEREST REINSURANCE COMPANY, formerly known as Prudential Reinsurance Company, a corporation,<br><br>            Plaintiffs,<br><br>       v.<br><br>SWISS REINSURANCE AMERICA CORPORATION, a corporation, as successor in interest to policies issued by The Manhattan Fire & Marine Insurance Company; and THE TRAVELERS INDEMNITY COMPANY, a corporation,<br><br>            Defendants. | Civil Case No.: C09-03857 CW<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO THIRD-PARTY COMPLAINT** |

1  TRAVELERS INDEMNITY COMPANY, a corporation,
2
3               Third-Party Plaintiff,
4       v.
5  THE HERRICK CORPORATION, a corporation,
6               Third-Party Defendant.
7
8           WHEREAS, Third-Party Plaintiff, Travelers Indemnity Company ("Travelers"),
9  filed its Third-Party Complaint for Contractual Indemnity, Equitable Indemnity and Declaratory
10 Relief ("Third-Party Complaint") on September 24, 2009, in the United States District Court for
11 the Northern District of California;
12          WHEREAS, Travelers served the Summons on a Third-Party Complaint upon
13 Third-Party Defendant, The Herrick Corporation ("Herrick"), on September 29, 2009;
14          WHEREAS, Herrick's deadline to answer or otherwise respond to the Third-
15 Party Complaint was October 19, 2009;
16          WHEREAS, the parties hereto, through their respective attorneys of record,
17 stipulated that Herrick's deadline to answer or otherwise respond to the Third-Party Complaint
18 was extended up to and including November 18, 2009;
19          WHEREAS, the parties hereto, through their respective attorneys of record, have
20 been in discussions respecting approaches that may eliminate Herrick as a third-party defendant
21 in the above-captioned Third-Party Complaint;
22          WHEREAS, the parties hereto, through their respective attorneys of record,
23 stipulated that Herrick's deadline to answer or otherwise respond to the Third-Party Complaint
24 was extended up to and including December 18, 2009;
25          WHEREAS, those discussions are continuing and the Insurers are currently
26 considering the extent to which Herrick's continued presence in the lawsuit is appropriate and
27 additional time would facilitate those discussions and, if successful, would lead to Herrick's
28 dismissal from this action;

Civil Case No.: C09-03857 CW                               2
STIPULATION AND [PROPOSED] ORDER TO EXTEND
TIME TO RESPOND TO THIRD-PARTY COMPLAINT

1  WHEREAS, the parties hereby stipulate that Herrick will have an additional
2  thirty (30) days up to and including January 17, 2010, to answer or otherwise respond to the
3  Third-Party Complaint; and
4  WHEREAS, the parties respectfully request that the Court enter an Order in
5  accordance herewith.
6  THEREFORE:
7  IT IS HEREBY STIPULATED by and between the parties, through their
8  respective attorneys of record, that Herrick shall have up to and including January 17, 2010, to
9  answer or otherwise respond to the Third-Party Complaint.

DATED:  December 17, 2009              COVINGTON & BURLING LLP


                                       By:      /s/ Lawrence A. Hobel
                                               Lawrence A. Hobel
                                       Attorney for Third-Party Defendant
                                       THE HERRICK CORPORATION

DATED:  December 17, 2009              SONNENSCHEIN NATH & ROSENTHAL LLP


                                       By:      /s/ Ronald D. Kent
                                               Ronald D. Kent
                                       Attorneys for Defendant and Third-Party Plaintiff
                                       TRAVELERS INDEMNITY COMPANY


**GOOD CAUSE APPEARING, IT IS SO ORDERED.**

DATED:   December 28, 2009

                                       _____
                                       CLAUDIA WILKEN
                                       UNITED STATES DISTRICT JUDGE