Steven P. Rice (State Bar No. 94321)
   srice@crowell.com
Queena Mewers (State Bar No. 238925)
   qmewers@crowell.com
CROWELL & MORING LLP
3 Park Plaza, 20th Floor
Irvine, California  92614-8505
Telephone:     (949) 263-8400
Facsimile:     (949) 263-8414

Attorneys for Plaintiffs
MT. McKINLEY INSURANCE COMPANY and
EVEREST REINSURANCE COMPANY

Robin D. Craig (State Bar No. 130935)
   rcraig@craig-winkelman.com
CRAIG & WINKELMAN LLP
2001 Addison Street, Suite 300
Berkeley, California 94704
Telephone:     (510) 549-3330
Facsimile:     (510) 217-5894

Attorneys for Defendant
SWISS REINSURANCE AMERICA CORPORATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| MT. McKINLEY INSURANCE COMPANY, *et al.*,<br><br>              Plaintiffs,<br><br>      v.<br><br>SWISS REINSURANCE AMERICA CORPORATION, *et al.*,<br><br>              Defendants. | CASE NO. C09-03857-CW<br><br>The Honorable Claudia Wilken<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR CONDUCTING AN ENE SESSION [ADR LOCAL RULE 5-5]**<br><br><u>ENE Session with James H. Fleming:</u><br>Date:             April 15, 2010<br>Time:            9:00 a.m.<br>Place:           Reed Smith LLP<br>                     1999 Harrison Street,<br>                     Suite 2400<br>                     Oakland, CA 94612 |

In accordance with ADR Local Rule 5-5, the parties, Plaintiffs Mt. McKinley Insurance Company and Everest Reinsurance Company (collectively "Plaintiffs") and Defendant Swiss Reinsurance America Corporation ("Defendant"), by and through their respective counsel of record, hereby stipulate as follows and request that the Court enter an order extending the deadline

for the parties to conduct an early neutral evaluation ("ENE") session from April 21, 2010 to June 30, 2010:

1. On December 22, 2009, the Court entered the Stipulation And Order Selecting ADR Process, which ordered the parties to participate in the ENE process pursuant to ADR Local Rule 5 and to hold the session by 120 days from the date of entry of that order, or April 21, 2010.

2. On January 12, 2010, the Court's ADR Case Administrator issued a notice to the parties appointing James H. Fleming, Esq., of Reed Smith LLP to serve as the early neutral evaluator for this case.

3. On February 9, 2010, in accordance with ADR Local Rule 5-7, Mr. Fleming met telephonically with counsel for Plaintiffs and Defendant to discuss the nature of the case and the procedures to be followed for conducting an ENE session.

4. During the February 9th call, the parties informed Mr. Fleming that (a) the parties had already met informally to discuss their respective positions in this case, as well as methods for reaching an early and efficient resolution of this case; (b) the parties were in agreement that because their dispute involves questions of law, the most efficient method for resolving their disputes is through the filing of cross-motions for summary judgment based upon stipulated facts; and (c) that the parties were cooperating to conduct the necessary discovery in an effort to facilitate the early filing of cross-motions for summary judgment.

5. Given the parties' respective positions and cooperation, the parties believe, and so informed Mr. Fleming during the February 9th call, that it would be most efficient and cost-effective for the parties to continue to proceed towards resolving this case through cross-motions for summary judgment based upon stipulated facts, and that accordingly, the parties would like to seek an extension of the April 21, 2010 deadline for conducting the ENE session until after the parties have had a chance to complete their discovery and negotiate a set of stipulated facts upon which their cross-motions for summary judgment may be based.

6. In the meantime, Mr. Fleming and the parties agreed to schedule the ENE session for April 15, 2010 in case the Court denies the parties' stipulated request for an extension of the April 21, 2010 deadline. Mr. Fleming also set April 1, 2010 as the due date for the parties'

1 | submission of their ENE statements and supporting exhibits.

2 |     7. For the reasons set forth above, the parties hereby stipulate, and respectfully request that the Court grant their request, to extend the deadline to complete an ENE session from April 21, 2010 to June 30, 2010.

DATED: March 19, 2010    CROWELL & MORING LLP

By: */s/ Steven P. Rice*
Steven P. Rice
Queena Mewers
Attorneys for Plaintiffs
MT. McKINLEY INSURANCE COMPANY and EVEREST REINSURANCE COMPANY

DATED: March 19, 2010    CRAIG & WINKELMAN LLP

By: */s/ Robin D. Craig*
Robin D. Craig
Attorneys for Defendant
SWISS REINSURANCE AMERICA CORPORATION

PURSUANT TO THE STIPULATION SET FORTH ABOVE, IT IS SO ORDERED that the deadline for the parties to conduct an ENE session pursuant to ADR Local Rule 5 is extended from April 21, 2010 to June 30, 2010.

DATED: 3/25/2010

CLAUDIA WILKEN
United States District Judge