1  Steven P. Rice (State Bar No. 94321)
     srice@crowell.com
2  Queena Mewers (State Bar No. 238925)
     qmewers@crowell.com
3  CROWELL & MORING LLP
   3 Park Plaza, 20th Floor
4  Irvine, California  92614-8505
   Telephone:     (949) 263-8400
5  Facsimile:      (949) 263-8414

6  Attorneys for Plaintiffs
   MT. McKINLEY INSURANCE COMPANY and
7  EVEREST REINSURANCE COMPANY

8  Robin D. Craig (State Bar No. 130935)
     rcraig@craig-winkelman.com
9  CRAIG & WINKELMAN LLP
   2001 Addison Street, Suite 300
10 Berkeley, California 94704
   Telephone:     (510) 549-3330
11 Facsimile:      (510) 217-5894

12 Attorneys for Defendant
   SWISS REINSURANCE AMERICA CORPORATION
13

14 **UNITED STATES DISTRICT COURT**

15 **NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION**

| | |
|---|---|
| MT. McKINLEY INSURANCE COMPANY, *et al.*, | CASE NO. C09-03857-CW |
| Plaintiff, | The Honorable Claudia Wilken |
| v. | **STIPULATION AND ORDER TO EXTEND DEADLINE FOR COMPLETION OF FACT DISCOVERY** |
| SWISS REINSURANCE AMERICA CORPORATION, | |
| Defendant. | |

The parties, Plaintiffs Mt. McKinley Insurance Company and Everest Reinsurance Company (collectively "Plaintiffs") and Defendant Swiss Reinsurance America Corporation ("Defendant"), by and through their respective counsel of record, hereby stipulate as follows and request that the Court enter an order extending the deadline for completion of fact discovery from July 23, 2010 to August 13, 2010:

1.   On April 6, 2010, the Court held an initial Case Management Conference ("CMC") in this case and entered a Minute Order and Case Management Order setting the deadline for

1. completion of fact discovery for July 23, 2010 (Dkt. No. 42) in accordance with the parties' proposal as set forth in the parties' Updated Joint Case Management Statement (Dkt. No. 41).

2. Since the April 6, 2010 CMC, the parties have in good faith met and conferred telephonically and over e-mail to discuss proposed fact and policy stipulations on which their cross-motions for summary judgment may be based. The parties have exchanged and are still in the process of exchanging drafts of proposed fact and policy stipulations.

3. The ADR Local Rule 5 early neutral evaluation ("ENE") session for this case is currently set for June 30, 2010. On June 18, 2010, the parties exchanged ENE briefs.

4. The parties believe that a brief extension of the deadline to complete fact discovery from July 23, 2010 to August 13, 2010 will provide the parties with sufficient time to continue their good-faith negotiations over proposed fact and policy stipulations, but will not delay the current schedule for briefing their cross-motions for summary judgment currently set to be heard on September 30, 2010. The parties also wish to defer the costs of additional discovery until after the June 30, 2010 ENE session. The parties believe that this brief extension will not interfere with, but will actually promote, the efficient resolution of this case.

5. For the reasons set forth above, the parties hereby stipulate, and respectfully request that the Court grant their request, to extend the deadline to complete fact discovery from July 23, 2010 to August 13, 2010.

DATED: June 22, 2010          CROWELL & MORING LLP

                              By: */s/ Steven P. Rice*
                                  Steven P. Rice
                                  Queena Mewers
                                  Attorneys for Plaintiffs
                                  MT. McKINLEY INSURANCE COMPANY and
                                  EVEREST REINSURANCE COMPANY

DATED: June 22, 2010          CRAIG & WINKELMAN LLP

                              By: */s/ Robin D. Craig*
                                  Robin D. Craig
                                  Attorneys for Defendant
                                  SWISS REINSURANCE AMERICA
                                  CORPORATION

1  PURSUANT TO THE STIPULATION SET FORTH ABOVE, IT IS SO ORDERED that
2  the deadline for the parties to complete fact discovery is extended from July 23, 2010 to August
3  13, 2010.
4  DATED: 6/22/2010
   _____
   CLAUDIA WILKEN
5  United States District Judge